**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-7065**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ISAAC NICHOLS,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge.
(CR-93-128)

─────────────

Submitted:  February 16, 2001       Decided:  February 28, 2001

─────────────

Before WIDENER, MOTZ, and KING, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Isaac Nichols, Appellant Pro Se. David T. Maguire, Assistant United States Attorney, Richmond, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Isaac Nichols seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000).[*] We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Nichols, No. CR-93-128 (E.D. Va. July 11, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Because Nichols' sentence is below the prescribed statutory maximum, his claim under Apprendi v. New Jersey, 530 U.S. ___, 68 U.S.L.W. 4576 (U.S. June 26, 2000) (No. 99-478), is not viable. We decline to review any other issues Nichols seeks to raise for the first time on appeal.